**B. P. QUAINTANCE, as Administrator de Bonis Non of the Estate of Walter William Kirby, Deceased, v. UNITED STATES of America et al.**

**No. 522.**

Circuit Court of Appeals, Tenth Circuit.

July 21, 1931.

A. D. Quaintance, of Denver, Colo., for appellant.

John G. Reid, Asst. U. S. Atty., of Denver, Colo., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellee.

---

**ROYAL MAIL STEAM PACKET COMPANY, Owner of THE Steamship SILARUS and as Bailee of Her Cargo, Libelant-Appellee, v. COMPANHIA DE NAVEGACAO LLOYD BRAZILEIRO, Respondent-Appellant.**

**COMPANHIA DE NAVEGACAO LLOYD BRAZILEIRO, Cross-Libelant-Appellant, v. The ROYAL MAIL STEAM PACKET COMPANY, Owner of The Steamship Silarus and as Bailee of Her Cargo, Cross-Respondent-Appellee.**

**No. 163.**

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1932.

See, also, 27 F.(2d) 1002; 31 F.(2d) 757.

Purrington & McConnell, of New York City (Frank J. McConnell and James D. Brown, both of New York City, of counsel), for Companhia de Navegacao.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Van Vechten Veeder, Chauncey I. Clark, and A. Howard Neely, all of New York City, of counsel), for Royal Mail Steam Packet.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree [50 F.(2d) 207] affirmed.

---

**Harry SITZMAN v. UNITED STATES of America.**

**No. 523.**

Circuit Court of Appeals, Tenth Circuit.

Aug. 27, 1931.

Kenaz Huffman, of Denver, Colo., for appellant.

John G. Reid, Asst. U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.